IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER JORDAN BAKER                                          PLAINTIFF
ADC # 132024

v.                    CASE NO.: 5:07CV00023-JMM/BD

LARRY B. NORRIS, *et al.*                                         DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Complaint is dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2) for failure to prosecute and failure to respond to the Court's Order (#31) of August 8, 2007.

IT IS SO ORDERED, this   22   day of   October  , 2007.

_____
UNITED STATES DISTRICT JUDGE