**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CHRISTOPHER JORDAN BAKER**                                          **PLAINTIFF**
**ADC # 132024**

**v.**                              **CASE NO.: 5:07CV00023-JMM/BD**

**LARRY B. NORRIS,** *et al.*                                          **DEFENDANTS**


## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT

PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED this ___22___ day of October, 2007.


_____
UNITED STATES DISTRICT JUDGE